STATE of Missouri, Respondent,

v.

James A. CLARK, Appellant.

No. 74134.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 11, 1999.

Mary S. Choi, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellant, James A. Clark ("defendant"), appeals the judgment of the Circuit Court of the City of St. Louis, after a jury found him guilty of two counts of possession of a controlled substance in violation of RSMo section 195.202 (1994). We affirm.

We have reviewed the briefs of the parties, the legal file and the transcript. An extended opinion would serve no jurisprudential purpose. We affirm the trial court pursuant to Rule 30.25(b). A memorandum explaining the reasons for our decision is attached solely for the use of the parties involved.